**Marija HUGHES, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.**

**No. 05–3312.**

United States Court of Appeals, Federal Circuit.

Oct. 10, 2006.

Alan J. Lo Re, Bryant G. Snee, David M. Cohen, Department of Justice, Washington, DC, for Respondent.

Karl W. Carter, Jr., Washington, DC, for Petitioner.

Before MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and GAJARSA, Circuit Judge.

PER CURIAM.

Marija Hughes appeals from the final decision of the Merit Systems Protection Board, which sustained the arbitrator's decision upholding her removal. *Hughes v. Dep't of Labor*, No. CB7121040020–V–1 (MSPB June 6, 2005). With respect to the

issues properly raised on appeal, we *affirm* on the basis of the board's opinion.